UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

SALVADOR MANDUJANO,

        Plaintiff,

   v.

TIMOTHY GEITHNER,

        Defendant.

_____/

No. C 10-01226 LB

**ORDER DIRECTING PARTIES TO FILE WRITTEN CONSENT**

On June 24, 2010, in response to the parties' representation in their Joint Case Management Statement that they are amenable to consent to a magistrate judge for all purposes, the Honorable Saundra Brown Armstrong referred this action for reassignment. (Dkt. ##9, 10.) This case has now been randomly assigned to Magistrate Judge Beeler for all purposes, including trial. Consistent with the parties' representation in the Joint Case Management Statement, the Court directs each party to file the attached written consent by July 19, 2010.

**IT IS SO ORDERED.**

Dated: June 28, 2010

_____
LAUREL BEELER
United States Magistrate Judge

C 10-1226 LB
ORDER DIRECTING PARTIES TO FILE WRITTEN CONSENT

UNITED STATES DISTRICT COURT
For the Northern District of California

1
2
3
4
5
6
7
8         UNITED STATES  DISTRICT COURT
9         Northern District of California
10        Oakland Division
11
12  FIELD(1),                                          No.  C FIELD(3) LB
13            Plaintiff(s),                            **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**
14        v.
15  FIELD(2),
16            Defendant(s).
     _____/
17
18        CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE
19        In accordance with the provisions of Title 28, U.S.C. § 636(c), the undersigned party hereby
20  consents to have a United States Magistrate Judge conduct any and all further proceedings in the
21  case, including trial, and the entry of a final judgment.  Appeal from the judgment shall be taken
22  directly to the United States Court of Appeals for the Ninth Circuit.
23
24  Dated: _____        _____
                                            Signature
25
                                            Counsel for _____
26                                          (Plaintiff, Defendant or indicate "pro se")
27
28  C 10-1226 LB
    ORDER DIRECTING PARTIES TO FILE WRITTEN CONSENT
                                            2