| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO, CSBN 44332 |
| | United States Attorney |
| 2 | JOANN M. SWANSON, CSBN 88143 |
| | Chief, Civil Division |
| 3 | EDWARD A. OLSEN, CSBN 214150 |
| | Assistant United States Attorney |
| 4 | |
| | 1301 Clay Street, Suite 340S |
| 5 | Oakland, California 94612 |
| | Telephone: (510) 637-3697 |
| 6 | FAX: (510) 637-3724 |
| | edward.olsen@usdoj.gov |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| SALVADOR MANDUJANO, | ) | |
| | ) | No. C 10-1226 LB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO EXTEND THE DATE** |
| | ) | **OF THE CASE MANAGEMENT** |
| TIMOTHY GEITHNER, Secretary of the U.S. | ) | **CONFERENCE; AND [PROPOSED]** |
| Department of Treasury, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

Plaintiff, by and through his attorney of record, and Defendant, by and through his attorney of record, hereby stipulate, subject to approval of the Court, to extend the date of the case management conference from August 12, 2010, to September 2, 2010, in light of the fact that counsel for Defendant has a previously-scheduled vacation during the week of August 9 through August 13, 2010.

//

//

//

//

//

//

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 10-1226 LB                                           1

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: August 2, 2010 | LAW OFFICES OF MARY DRYOVAGE |

DATED: August 2, 2010                 LAW OFFICES OF MARY DRYOVAGE

    /s/
MARY DRYOVAGE
Attorney for Salvador Mandujano

DATED: August 2, 2010                 JOSEPH R. RUSSONIELLO
United States Attorney

    /s/
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for the United States of America

**PROPOSED ORDER**

IT IS SO ORDERED.

Dated: August 9, 2010    _____
LAUREL BEELER
United States Magistrate Judge

STIPULATION TO EXTEND DATE OF CASE MANAGEMENT CONFERENCE
C 10-1226 LB                                    2