UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| SALVADOR MANDUJANO,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>TIMOTHY F. GEITHNER,<br><br>　　　　　Defendant.<br>_____/ | No. C 10-01226 LB<br><br>**ORDER RE DISCOVERY DISPUTES AND CASE MANAGEMENT CONFERENCE** |

This case is set for a case management conference on December 9, 2010. On November 18, 2010, the parties filed a joint letter outlining the parties' disputes over Plaintiff's responses to Defendant's Interrogatories Nos. 17 and 19, and Defendant's Requests for Production Nos. 5 and 7. ECF No. 28. The Court will address these disputes at the December 9th case management conference.

Further, on November 30, 2010, the parties filed an updated case management conference statement, indicating that they anticipate submitting a second joint letter to the Court raising additional discovery disputes. In the interest of efficiency, to the extent that the parties have any other discovery disputes that the Court may address at the CMC, the parties shall file a joint letter outlining those disputes no later than December 6, 2010.

**IT IS SO ORDERED.**

Dated: November 30, 2010

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　LAUREL BEELER
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

C 10-01226 (Order Re Discovery Disputes and CMC)