**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA**

**CIVIL MINUTE ORDER**

**Magistrate Judge LAUREL BEELER**

Date: **April 20, 2011**

**C 10-1226 LB**

**Salvador Mandujano** v **Timothy Geithner**

| | |
|---|---|
| Plaintiff Attorney(s): | Mary M. Dryovage (telephonic) |
| Defendant Attorney(s): | Melanie Lea Proctor  (telephonic) |

Time: 5 mins
Deputy Clerk: 
Reporter: **Not reported**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Telephonic Discovery Conference | Matter Held |

**ORDERED AFTER HEARING:**
The court conducted a telephonic conference on April 20, 2011 at 9:30 a.m. to address a discovery dispute regarding the videotaping of the independent mental examination of Plaintiff.  As per the court's April 4, 2011 order, the video equipment is to be stationary and the court **ORDERS** that the camera operator is not to remain in the room except for setting up the video equipment and changing tapes as necessary.  Because the video tapes are capable of being run at a speed that will allow for 120 minutes of recording time and the court's March 7, 2011 order contemplated 120 minute tapes being used to minimize disruptions and distractions, the court **ORDERS** that the video tapes be run at a speed that will allow for 120 minutes of recording per tape.